## UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF PENNSYLVANIA

CRISTAL A. SACHS,          :
                                :
          Plaintiff       :    No. 3:15-CV-1725
                                :
     vs.               :    (Judge Nealon)
                                :
CAROLYN W. COLVIN, Acting   :
Commissioner of Social Security,   :
                                :
          Defendant    :

## ORDER

**NOW, THIS 26TH DAY OF MARCH, 2017,** in accordance with the

Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1.    Plaintiff's appeal, (Doc. 1), is **DENIED**;

2.    The decision of the Commissioner of the Social Security Administration denying Plaintiff Cristal a. Sachs disability insurance benefits and supplemental security income is **AFFIRMED**;

3.    Judgment is **ENTERED IN FAVOR** of Defendant and against Plaintiff; and

4.    The Clerk of Court is directed to **CLOSE** this case.

**/s/ William J. Nealon**
**United States District Judge**